```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
DEANNE HALSTEAD-WHITE,

                            Plaintiff,

                                                  No. 5:04-CV-690
              v.                                  (C.J. Scullin)

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
_____
```

APPEARANCES:                          OF COUNSEL

OLINSKY & DI MARTINO, LLP             JAYA A. SHURTLIFF, ESQ.
Attorneys for Plaintiff


GLENN T. SUDDABY                      WILLIAM H. PEASE, ESQ.
United States Attorney                Assistant U.S. Attorney
  for the Northern
District of New York
Attorney for Defendant


**FREDERICK J. SCULLIN, JR., C.D.J.**:


**DECISION AND ORDER**

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed January 20, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed January 20, 2006 is **ACCEPTED** in its

entirety; and it is further

**ORDERED,** that this case is **REMANDED** for further proceedings consistent with the Report-Recommendation.

**IT IS SO ORDERED.**

DATED: February 9, 2006
       Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge